**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

Chicago Regional Council of Carpenters Pension Fund et al.
v. Lite Construction, Inc.

**FILED**
**DECEMBER 19, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**PH   07 C 7118**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) Kevin P. McJessy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Kevin P. McJessy | |
| FIRM  McJessy Ching & Thompson, LLC | |
| STREET ADDRESS  3759 N. Ravenswood, Suite 231 | |
| CITY/STATE/ZIP  Chicago, IL  60613 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6229825 | TELEPHONE NUMBER  (773) 880-1260 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |