# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7118 | **DATE** | 3/3/2008 |
| **CASE TITLE** | Chicago Regional Counsel of Carpenters Pension Fund, et al vs. Lite Construction, Inc. | | |

**DOCKET ENTRY TEXT**

No one appears for status hearing. Status hearing set for 3/10/2008 at 9:00.

Docketing to mail notices.

00:00

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cv-07118  Document 8  Filed 03/03/2008  Page 1 of 1

07C7118 Chicago Regional Counsel of Carpenters Pension Fund, et al vs. Lite Construction, Inc.  Page 1 of 1