### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al )<br><br>Plaintiffs, )<br><br>v. )<br><br>LITE CONSTRUCTION, INC. )<br><br>Defendant. ) | Case No.: 07 c. 7118<br>Judge Pallmeyer |

### MOTION FOR SUBSTITUTION OF LEGAL COUNSEL

Now come Plaintiffs, Chicago Regional Council of Carpenters Pension Fund et al, by and through Travis J. Ketterman of Whitfield McGann & Ketterman, and move to allow Terrance B. McGann and Travis J. Ketterman to be designated as Counsel of Record for the Plaintiffs. In support of the Motion, the Plaintiffs state as follows:

1. The Plaintiffs recently completed an audit of the Defendant. That audit addressed issues already being handled by the Plaintiffs' co-legal counsel, Whitfield McGann & Ketterman.

2. Conservation of the plaintiffs' resources is best served by the proposed substitution of legal counsel.

3. The Defendant will not be prejudiced by this substitution and no pending dates will need to be reset.

WHEREFORE, the Plaintiffs Chicago Regional Council of Carpenters Pension Fund respectfully request that this Honorable Court allow Terrance B. McGann and Travis J. Ketterman to be designated as Counsel of Record.

                          Respectfully submitted,

                          CHICAGO REGIONAL COUNCIL OF
                          CARPENTERS PENSION FUND et al

                                 s/Travis J. Ketterman
                        By: _____
                              TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
ARDC #6237433