### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>LITE CONSTRUCTION, INC. )<br>)<br>Defendant. ) | Case No.: 07 c. 7118<br>Judge Pallmeyer |

### *Notice of Motion*
_____

| | |
|---|---|
| Kevin P. McJessy<br>McJessy Ching & Thompson LLC<br>3759 N. Ravenswood, Suite 231<br>Chicago, IL 60613 | Paul C. Sheils<br>Attorney at Law<br>110 W. Burlington Ave.<br>LaGrange, IL 60525 |

PLEASE TAKE NOTICE that on **Thursday, August 28, 2008** I shall appear before the Honorable Judge Pallmeyer at approximately **8:45 a.m. in Courtroom 2119**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my **Motion for Substitution of Legal Counsel.**

                                          CHICGAO REGIONAL COUNCIL OF
                                          CARPENTERS PENSION FUND et al

                                          s/Travis J. Ketterman
                       By: _____
                                      TRAVIS J. KETTERMAN

Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

STATE OF ILLINOIS )
                  )   SS
COUNTY OF COOK    )

    Travis J. Ketterman, the undersigned attorney, deposes and says that he served the above and foregoing **Motion for Substitution of Legal Counsel** by CM / ECF to the persons to who said Notice is directed on August 25, 2008.

    s/Travis J. Ketterman
    _____