# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7118 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund, et al vs. Lite Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Motion for substitution of legal counsel [15] granted. Terrance B. McGann and Travis J. Ketterman are granted leave to substitute as counsel for Plaintiffs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|